UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARMENATE BAYRON,<br><br>                    Petitioner,<br><br>    v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | Case No. C17-1230-RAJ<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. # 13), any objections or responses to that, the Notice of Removal of Petitioner (Dkt. # 14), and the remaining record, the Court finds and ORDERS:

(1) In light of the Notice of Removal, the Court DECLINES to adopt the Report and Recommendation.

(2) The Court construes the Notice of Removal as a Motion to Dismiss on the grounds of mootness, and therefore GRANTS the motion and DENIES Petitioner's habeas petition and motion for custody redetermination as MOOT.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 8th day of January, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1